1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

FRANKLIN HUGHES, individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

T-MOBILE USA, INC.,

        Defendant.

No. 2:21-cv-1139-BJR

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Franklin Hughes, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant T-Mobile USA, Inc. ("Defendant"), together ("the Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days to October 20, 2021.

Good cause exists for this extension, as there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile, Inc., Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). The plaintiffs in a related case filed the transfer motion, and this case has been noticed to the JPML based on its similar nature. *Id.* (ECF Nos. 1, 8). The Parties agree to this extension in order to conserve judicial resources and the resources of the Parties in addressing multiple related class

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-1139-BJR) - 1
153817013.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

actions.

Dated:  September 14, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Beth E. Terrell*
Beth E. Terrell, WSBA No. 26759
**TERRELL MARSHALL LAW GROUP PLLC**
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
E-Mail: bterrell@terrellmarshall.com

Bryan L. Bleichner
**CHESNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
E-Mail: bbleichner@chestnutcambronne.com

Justin C. Walker
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-1139-BJR) - 2

153817013.1

1   Cincinnati, OH 45209
    Telephone: (513) 651-3700
2   Facsimile: (513) 665-0219
    E-Mail: jwalker@msdlegal.com
3
    *Attorneys for Plaintiff, Individually and on Behalf of all Others Similarly Situated*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER TO                    **Perkins Coie LLP**
EXTEND TIME TO ANSWER                    1201 Third Avenue, Suite 4900
COMPLAINT                                       Seattle, WA 98101-3099
(No. 2:21-cv-1139-BJR) - 3                  Phone:  206.359.8000
153817013.1                                      Fax:  206.359.9000

# ORDER

IT IS SO ORDERED.

Dated this 16th day of September, 2021.


                                                    s/Barbara J. Rothstein
                                                    Barbara J. Rothstein
                                                    U.S. District Court Judge


Presented by:

*s/ Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
          KOSullivan@perkinscoie.com
          LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-1139-BJR) - 4
153817013.1